UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK E. TINSLEY,<br><br>Plaintiff,<br><br>v.<br><br>DONALD GLAUDE, et al.,<br><br>Defendants. | Case No. 24-cv-05673-JD<br><br>**ORDER RE REMAND** |

Defendants Select Portfolio Servicing, Inc. and Deutsche Bank National Trust Co.'s motions to remand, *see* Dkt. Nos. 6, 15, are granted. On the face of the complaint, it is questionable whether there exists a basis for removal jurisdiction pursuant to diversity or federal-question jurisdiction. *See* 28 U.S.C. §§ 1441(b), (c); *Franchise Tax Bd. v. Constr. Laborers Vacation Trust for Southern Cali.*, 463 U.S. 1, 10 (1983); *see also* Fed. R. Ev. 201(b)(2); *Callan v. New York Community Bank*, 643 Fed. App'x 666, 667 (9th Cir. 2016) (unpublished). In addition, defendant Donald Glaude filed a notice of removal on August 22, 2024, nearly two years after the date on which plaintiff Frederick Tinsley filed the operative complaint in state court. Consequently, the motion is untimely. *See* 28 U.S.C. §§ 1446(b)(3), (c).

The hearing set for October 31, 2024, is vacated.

**IT IS SO ORDERED.**

Dated: October 29, 2024

JAMES DONATO
United States District Judge